UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASTHON SCOTT and AMANDA SEALES, on behalf of themselves and on behalf of all others similarly situated,

    Plaintiffs

v.

HOOTERS III, INC.,

    Defendant.

Case No.: 8:20-cv-00882-SDM-AAS

## **DEFENDANT HOOTERS III, INC'S NOTICE OF RELATED ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

 X  IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    Although not factually related, this case shares common issues of law with *Gautier v. Tams Management, Inc.*, Case No. 5:20-cv-165 (S.D. W.Va. 2020).

 ___  IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after the appearance of the party.

Dated: July 6, 2020

/s/ *Darnesha Carter*
Steven C. Dupre
Florida Bar Number 471860
Cathleen Bell Bremmer
Florida Bar Number 813028
Darnesha Carter
Florida Bar Number 125658
CARLTON FIELDS, P.A.

122955367.1

Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor (33607)
P.O. Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Fax: (813) 229-4133
Email: sdupre@carltonfields.com
cbell@carltonfields.com
dcarter@carltonfields.com

*Attorneys for Defendant Hooters III, Inc.*