UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASTHON SCOTT and AMANDA SEALES, on behalf of themselves and on behalf of all others similarly situated,

    Plaintiffs,

v.

HOOTERS III, INC.,

    Defendant.

Case No.: 8:20-cv-00882-SDM-AAS

## **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs, having reviewed Defendant's Notice of Related Actions, (Doc. 12), hereby voluntarily dismiss their claim against Defendant, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A). The parties also hereby stipulate that each party shall bear her or its own costs and attorneys' fees.

| | |
|---|---|
| */s/ Brandon J. Hill* | */s/ Steven C. Dupré* |
| **LUIS A. CABASSA** | **STEVEN C. DUPRÉ** |
| Florida Bar Number: 0053643 | Florida Bar Number 471860 |
| **BRANDON J. HILL** | **CATHLEEN BELL BREMMER** |
| Florida Bar Number: 0037061 | Florida Bar Number 813028 |
| **WENZEL FENTON CABASSA, P.A.** | **DARNESHA CARTER** |
| 1110 North Florida Avenue, Suite 300 | Florida Bar Number 125658 |
| Tampa, FL 33602 | **CARLTON FIELDS, P.A.** |
| Main No.: 813-224-0431 | Corporate Center Three at International Plaza |
| Facsimile: 813-229-8712 | 4221 W. Boy Scout Blvd., 10th Floor(33607) |
| Email: lcabassa@wfclaw.com | P.O. Box 3239 |
| Email: bhill@wfclaw.com | Tampa, Florida 33601 |
| Email: gnichols@wfclaw.com | Telephone: (813) 223-7000 |
| | Fax: (813) 229-4133 |
| | Email: sdupre@carltonfields.com |
| | cbell@carltonfields.com |
| | dcarter@carltonfields.com |
| | *Attorneys for Defendant Hooters III, Inc.* |

123020449.2

2

and

**CHAD A. JUSTICE**
Florida Bar Number: 121559
**JUSTICE FOR JUSTICE LLC**
1205 N Franklin St
Suite 326
Tampa, Florida 33602
Direct No. 813-566-0550
Facsimile: 813-566-0770
E-mail: chad@getjusticeforjustice.com

*Attorneys for Plaintiffs*