UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASTHON SCOTT and
AMANDA SEALES,

    Plaintiffs,

v.                                CASE NO. 8:20-cv-882-T-23AAS

HOOTERS III, INC.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation, this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The clerk must close the case.

ORDERED in Tampa, Florida, on July 16, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE